IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CASE NO. 1:01-cr-00026-MP All Defendants

JOHNNIE HOLCY,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 85, Mr. Holcy's Motion for Early Termination of Supervised Release. Under 18 U.S.C. § 3583(e)(1), a Court may, after considering the sentencing factors found in 18 U.S.C. § § 3553,

> terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

Mr. Holcy has served over two years of his supervised release, and, after consultation with his probation officers in Jacksonville and Gainesville, the Court finds that early termination is warranted by the conduct of the defendant and is consistent with the interests of justice. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Pursuant to 18 U.S.C. § 3583(e)(1), the term of supervised release of Defendant Johnnie Holcy is hereby terminated, and Defendant Johnnie Holcy is discharged from supervised release.

**DONE AND ORDERED** this *21st* day of October, 2011

                                      *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge